IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :     Court No. FNS-00-cr-0554 |
| LARAI ANGELIQUE HELEN GAITHER, | : |
| | : |
| Defendant. | |

......:......

### ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED as to Larai Angelique Helen Gaither. The Defendant is hereby released from any lien created by the Notice of Lien recorded on July 12, 2002, Case# 24-L-02-004369, Receipt# 200200019460 with the Circuit Court for Baltimore City.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Allen F. Loucks
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201-2692
410/209-4800
Trial Bar No.03094

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2007, a copy of the foregoing was delivered by first class mail to:

Larai Angelique Helen Gaither, Defendant
2821 West Coldspring Lane
Baltimore, Maryland 21215

_____
Allen F. Loucks
Assistant United States Attorney